# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITY AND EXCHANGE COMMISSION,

Plaintiff,

v.

Case No: 6:11-cv-1440-Orl-18GJK

JAMES DAVIS RISHER and DANIEL JOSEPH SEBASTIAN,

Defendants.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Securities and Exchange Commission's (SEC) Motion for Entry of Default Judgment of Permanent Injunction and Other Relief Against Defendant James David Risher (Doc. 14) and United States Magistrate Judge Gregory J. Kelly's May 22, 2012 Report and Recommendation (Doc. 15). Judge Kelly recommended that the SEC's motion be granted. The SEC has filed a Notice of Eleventh Circuit Case Law (Doc. 16) to alert the Court to a recent decision of the United States Court of Appeals for the Eleventh Circuit, SEC v. Goble, No. 11-12059, — F.3d —, 2012 WL 1918819 (11th Cir. May 29, 2012). Goble was decided after the date of Judge Kelly's Report and Recommendation, and the SEC asserts that Goble is relevant to its pending motion. In order to allow the SEC additional time to consider the impact of the Goble decision, the SEC requests that the Court not enter the proposed final judgment until further filing from the SEC. (See Doc. 16 at 2.) Therefore, the Court **DECLINES TO ADOPT** Magistrate Judge Kelly's May 22, 2012 Report and Recommendation (Doc. 15).

The SEC's Motion for Entry of Default Judgment of Permanent Injunction and Other Relief Against Defendant James David Risher (Doc. 14) is **DENIED without prejudice.**

**DONE** and **ORDERED** in Orlando, Florida on this _26_ day of June, 2012.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties