UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITY AND EXCHANGE COMMISSION,

Plaintiff,

-vs-                                                                                           Case No. 6:11-cv-1440-Orl-18GJK

JAMES DAVIS RISHER, DANIEL JOSEPH SEBASTIAN,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Second Motion for Entry of Default Judgment of Permanent Injunction against Defendant James Davis Risher (Doc. No. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion (Doc. No. 18) is **GRANTED**. Clerk of the Court is directed to enter judgment in favor of the Plaintiff and against defendant Risher. Plaintiff's claims for disgorgement and civil penalties pursuant to the Notice (Doc. No. 19) are **DISMISSED**. Permanent injunction will be entered by separate order. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this ____ day of May, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record